# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY SMITH

NO. 2022 KW 1175

**DECEMBER 1, 2022**

---

In Re:   Donald Ray Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-13-0191.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed on October 29, 2021, on or before January 4, 2023. A copy of the district court's action shall be filed in this court on or before January 11, 2023.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT